■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN CRUZ, Appellant. [654 NYS2d 298] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered July 12, 1994, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $5^1/_2$ to 11 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Credibility issues were properly placed before the jury, and we find no reason to disturb its determination. Concur—Wallach, J. P., Rubin, Mazzarelli and Andrias, JJ.